IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | 4:06CV3200 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SANDRA PALARSKI; and KATHY ALLGOOD, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiff's motion for an enlargement of time (filing 15) is granted, and Plaintiff shall have until January 22, 2007, to respond to Defendants' motion to dismiss, etc. (filing 13).

2. The parties' obligation to meet and confer and to file a Rule 26(f) report (see filing 12) is suspended pending disposition of Defendants' motion.

December 27, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge