IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | 4:06CV3200 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SANDRA PALARSKI; and KATHY ALLGOOD, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiff's second motion for an enlargement of time (filing 17) is granted, and Plaintiff shall have until February 12, 2007, to respond to Defendants' motion to dismiss, etc. (filing 13).

2. The clerk of the court shall separately file the notice of dismissal that is attached to Plaintiff's motion (filing 17-2).

3. There being no just reason for delay, final judgment shall be entered pursuant to Fed. R. Civ. P. 54(b) dismissing Plaintiff's claims against Defendants Sandra Palarski and Kathy Allgood without prejudice, as provided in Plaintiff's filed notice of dismissal. Judgment shall be entered by separate document.

January 23, 2006.              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge