IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | 4:06CV3200 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SANDRA PALARSKI; and KATHY ALLGOOD, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's filed notice of dismissal and Fed. R. Civ. P. 41(a),

IT IS ORDERED that Plaintiff's claims against Defendants Sandra Palarski and Kathy Allgood are dismissed without prejudice, and they are no longer parties to the action. The action shall proceed against the remaining Defendant, however.

January 23, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge