```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3200 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary, and U.S. DEPARTMENT OF HOMELAND SECURITY, Lincoln Service Center, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The plaintiff has filed a motion to amend her complaint. Filing 26. The defendant has not responded to this motion and the deadline for responding has now passed. The motion is deemed submitted.

IT THEREFORE HEREBY IS ORDERED: The plaintiff's motion for leave to file an amended complaint, filing 26, is granted. The plaintiff shall file her amended complaint, a copy of which is attached to her filing 26 motion, on or before March 9, 2007.

DATED this 5th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge