IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | 4:06CV3200 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| SECRETARY OF HOMELAND | ) | |
| SECURITY, UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Inasmuch as Plaintiff has filed an amended complaint with leave of court,

IT IS ORDERED that:

1. Defendant's motion to dismiss, etc. (filing 13), filed with reference to Plaintiff's original complaint, is denied without prejudice, as moot.

2. The parties shall meet and confer and file their Rule 26(f) planning conference report within twenty (20) days of today's date.

March 6, 2007.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge