```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

JEAN POLIVKA,                      )
                                   )
            Plaintiff,             )      4:06CV3200
                                   )
      v.                           )
                                   )
U.S. DEPARTMENT OF HOMELAND        )      MEMORANDUM AND ORDER
SECURITY, Michael Chertoff,        )
Secretary, and U.S. DEPARTMENT     )
OF HOMELAND SECURITY, Lincoln      )
Service Center,                    )
                                   )
            Defendants.            )
                                   )
                                   )
```

On February 13, 2007, plaintiff filed a motion to file an amended complaint, with the proposed amended complaint attached. Filing 26.

On March 5, the motion was granted. Filing 27. On that date, March 5, plaintiff inadvertently filed an incorrect version of the amended complaint. Filing 28. Plaintiff has now filed a motion to strike the incorrect version.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff's motion, filing 30, to strike the incorrect version of her amended complaint is granted. The clerk is directed to strike filing number 28.

Plaintiff shall refile her amended complaint in the correct form, as attached to filing 26.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge