```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JEAN POLIVKA,                  )
                               )
              Plaintiff,       )       4:06CV3200
                               )
         v.                    )
                               )
MICHAEL CHERTOFF, SECRETARY    )          ORDER
OF HOMELAND SECURITY; U.S.     )
DEPARTMENT OF HOMELAND         )
SECURITY,                      )
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

1. Plaintiff's unopposed motion for leave to amend complaint, filing 37, is granted. The second amended complaint shall be filed forthwith.

2. Defendant's motion to make more definite and certain, to strike, and to suspend progression, filing 35, is denied as moot.

DATED this 10th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge