IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3200 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

1.  Plaintiff's motion, filing 40, to strike Proposed Second Amended Complaint (filing 39) is granted, and the clerk is directed to strike document number 39 from the record.

2.  Plaintiff shall file forthwith her second amended complaint in the form attached to filing 40.

DATED this 17th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge