```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEAN POLIVKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3200 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that defendant has no objection to plaintiff's motion to file second amended complaint out of time.

IT THEREFORE HEREBY IS ORDERED:

Plaintiff's motion, filing 42, for leave to file second amended complaint out of time is granted, and the second amended complaint in the form attached to filing 40 shall be filed forthwith.

DATED this 26th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge